## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICA'S CHOICE, INC.,  )

        Plaintiff,  )

             )    Case No. 1:07-CV-00423

        v.  )    Judge Richard W. Roberts

             )

CECIL HARRIS,  )

        Defendant.  )

)

### PROOF OF SERVICE OF PROCESS

Pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, Plaintiff America's Choice, Inc. hereby submits a sworn Affidavit of Service proving that service on Defendant Cecil Harris was made on March 7, 2007.

Dated: March 20, 2007
      Washington, D.C.

Respectfully submitted,

/s/ Ugo Colella
Ugo Colella (D.C. Bar No. 473348)
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007
Phone: (202) 625-3755
Fax:   (202) 295-1174

Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800

*Attorneys for Plaintiff*
*America's Choice, Inc.*

MAR. 9.2007  2:22PM   DLS, INC.                                    NO.885   P.2

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------X

AMERICA'S CHOICE, INC.
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004

                                                    Case No. 1:07CV00423
                                                    (Judge:  Richard W. Roberts)

           Plaintiff,

        -against-                                   :

                                                    AFFIDAVIT OF SERVICE

CECIL HARRIS                                        :
8326 Harris Road
Denham Spring, L.A. 70726

          Defendant.                                :
-------------------------------------------------------X
STATE OF LOUISIANA          )
              S.S.
COUNTY OF EAST BATON ROUGE  )

       _JASON CARY_ , being duly sworn, deposes and says that he/she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

       That on the 7th day of March, 2007, at approximately the time of 6:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES; AND NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE upon CECIL HARRIS at 8326 Harris Road, Denham Spring, LA, by personally delivering and leaving the same with MATTHEW HARRIS, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked whether CECIL HARRIS is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

MATTHEW HARRIS is a _white_ male, approximately 27 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 1.15 pounds with _brown_ hair.

That on the 7th day of March, 2007, deponent served another copy of the foregoing upon CECIL HARRIS by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of Baton Rouge and State of Louisiana, addressed as follows:

CECIL HARRIS
8326 Harris Road
Denham Spring, LA 70726

_Jason Cary_

PROCESS SERVER

Sworn to before me this
14 day of March, 2007

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2007, a copy of the foregoing Proof of Service of Process was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ugo Colella_____