IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICA'S CHOICE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:07CV00423 RWR |
| CECIL HARRIS, | ) ) ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF S. BRADLEY RHORER**

Pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, undersigned counsel, who is an active member in good standing of the Bar of this Court, requests that this Court admit, Pro Hac Vice, R. Bradley Rhorer, to serve as counsel to the defendant Cecil Harris. In support of this Motion, undersigned counsel states as follows:

1. Mr. R. Bradley Rhorer is an attorney with the Rhorer Law Firm. The Rhorer law firm's office is located at 10566 Airline Highway, Baton Rouge, Louisiana 70816. The Rhorer law firm's telephone number is (225) 292-2767.

2, Mr. Rhorer is a member in good standing of the Louisiana Bar and was admitted to Louisiana Bar on April 9, 1998. Mr. Rhorer is also a member in good standing of the Texas Bar and was admitted to that bar on November 2, 1990. Mr. Rhorer is also a member in good standing of the U.S. District Court for the Northern District of Texas; the United States District Court for the Southern District of Texas; the United States District Court for the Middle District of Louisiana; the United States District Court for the Eastern District of Louisiana and the United States District Court for the Western District of Louisiana. A Declaration of Mr. Rhorer

provided in accordance with Rule 83.2 is attached hereto and incorporated herein by reference as **Exhibit 1**.

3. Mr. Rhorer has not been disciplined by any Bar.

4. Mr. Rhorer has not been admitted Pro Hac Vice to this Court within the last two years and he does not have an office in the District of Columbia.

5. There is no prejudice to the plaintiff if this Motion is granted and the plaintiff consents to the relief sought herein.

WHEREFORE, for the reasons set forth herein the defendant Cecil Harris moves this Honorable Court for entry of an Order granting this Motion and admitting S. Bradley Rhorer, Pro Hac Vice, to represent the defendant in this case and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**

*//s// Andrew J. Terrell*
Andrew J. Terrell (#431362)
Kevin A. Kernan (#457194)
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20037
(202) 659-6800
(202) 331-0573 (facsimile)

OF COUNSEL:
**RHORER LAW FIRM**

*//s// S. Bradley Rhorer, Esquire*
S. Bradley Rhorer, Esquire
10566 Airline Highway
Baton Rouge, Louisiana 70816
(225) 292-2767
(225) 292-2769 (facsimile)

**RICK STEINER FELL & BENOWITZ, LLP**

*//s// Robert J. Benowitz, Esquire*
Robert J. Benowitz, Esquire
Three New York Place
New York, New York 10004
(212)422-0488
(212) 422-0158 (facsimile)

*Counsel for Defendant, Cecil Harris*

## CERTIFICATE OF SERVICE

 Pursuant to Local Rule 5.4(d), service of the foregoing was made electronically through Court's CM/ECF system.

*//s// Andrew J. Terrell*
Andrew J. Terrell

*198694*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA'S CHOICE, INC.,           )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) Case No. 1:07CV00423 RWR
                                  )
CECIL HARRIS,                     )
                                  )
    Defendant.                    )

## DECLARATION OF S. BRADLEY RHORER

COMES S. Bradley Rhorer, who declares the following:

1. My name is S. Bradley Rhorer. My law office address and telephone number is 10566 Airline Highway, Baton Rouge, Louisiana 70816, (225) 292-2767.

2. I am currently a member in good standing of the following Bars (with admission dates):

| | |
|---|---|
| TEXAS | 11/02/90 |
| U.S. DIST. COURT NORTHERN DIST. OF TEXAS | 11/28/90 |
| U.S. DIST. COURT SOUTHERN DIST. OF TEXAS | 02/04/92 |
| LOUISIANA | 04/09/98 |
| U.S. DIST. COURT MIDDLE DIST. OF LOUISIANA | 06/02/98 |
| U.S. DIST. COURT EASTERN DIST. OF LOUISIANA | 12/30/98 |
| U.S. DIST. COURT WESTERN DIST. OF LOUISIANA | 07/26/04 |

3. I certify that I have not been disciplined by any Bar at any time. I also certify that I have not been admitted pro hac vice in this Court within the last two (2) years. I further certify that I do not practice law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of MARCH, 2007

_____
S. Bradley Rhorer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07CV00423 RWR |
| | ) |
| **CECIL HARRIS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER having come before the Court on defendant Motion for Special Admission Pro Hac Vice of S. Bradley Rhorer, Esquire, for participation in this matter

IT IS this _____ day of _____, 2007

ORDERED, that the defendant's Motion be and hereby is GRANTED and that S. Bradley Rhorer, be and hereby is permitted to represent the defendant in this case Pro Hac Vice.

_____
Judge Richard W. Roberts

COPIES TO:

Andrew J. Terrell, Esq.
Whiteford, Taylor & Preston
1025 Connecticut Ave., N.W.
Suite 400
Washington, DC   20036

S. Bradley Rhorer, Esq.
Rhorer Law Firm
10566 Airline Highway
Baton Rouge, LA  70816

Robert J. Benowitz, Esquire
Rick Steiner Fell & Benowitz, LLP
Three New York Place
New York, New York  10004

Ugo A. Colella, Esquire
KATTEN MUCHIN ROSENMAN, LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, DC 20007


198697