IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07CV00423 RWR |
| | ) |
| CECIL HARRIS, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT J. BENOWITZ**

Pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, undersigned counsel, who is an active member in good standing of the Bar of this Court, requests that this Court admit, Pro Hac Vice, Robert J. Benowitz, to serve as counsel to the defendant Cecil Harris. In support of this Motion, undersigned counsel states as follows:

1. Robert J. Benowitz is an attorney with the firm of Rick, Steiner, Fell & Benowitz LLP. The firm of Rick, Steiner, Fell & Benowitz LLP's office is located at Three New York Plaza, New York, New York 10004. The firm's telephone number is (212) 422-0488.

2, Mr. Rhorer is a member in good standing of the New York Bar and the highest Court of that state. Mr. Benowitz was admitted to the New York Bar in October 1972. A Declaration of Mr. Benowitz provided in accordance with Rule 83.2 is attached hereto and incorporated herein by reference as **Exhibit 1**.

3. Mr. Benowitz has not been disciplined by any Bar.

4. Mr. Benowitz has not been admitted Pro Hac Vice to this Court within the last two years and he does not have an office in the District of Columbia.

5.	There is no prejudice to the plaintiff if this Motion is granted and the plaintiff consents to the relief sought herein.

WHEREFORE, for the reasons set forth herein the defendant Cecil Harris moves this Honorable Court for entry of an Order granting this Motion and admitting Robert J. Benowitz, Pro Hac Vice, to represent the defendant in this case and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**

*//s// Andrew J. Terrell*
Andrew J. Terrell (#431362)
Kevin A. Kernan (#457194)
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C.  20037
(202) 659-6800
(202) 331-0573 (facsimile)

OF COUNSEL:
**RHORER LAW FIRM**

*//s// S. Bradley Rhorer, Esquire*
S. Bradley Rhorer, Esquire
10566 Airline Highway
Baton Rouge, Louisiana 70816
(225) 292-2767
(225) 292-2769 (facsimile)

**RICK STEINER FELL & BENOWITZ, LLP**

*//s// Robert J. Benowitz, Esquire*
Robert J. Benowitz, Esquire
Three New York Place
New York, New York 10004
(212)422-0488
(212) 422-0158 (facsimile)

*Counsel for Defendant, Cecil Harris*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(d), service of the foregoing was made electronically through Court's CM/ECF system.

*//s// Andrew J. Terrell*
Andrew J. Terrell

198715

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07CV00423 RWR |
| | ) |
| CECIL HARRIS, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF ROBERT J. BENOWITZ

COMES Robert J. Benowitz, who declares the following:

1. My name is Robert J. Benowitz. My law office address and telephone number is Three New York Plaza, New York, New York, 10004, (212) 422-0488.

2. I currently belong to the New York Bar and was admitted to this Bar in October 1972.

3. I certify that I have not been disciplined by any Bar at any time. I also certify that I have not been admitted pro hac vice in this Court within the last two (2) years. I further certify that I do not practice law from an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of March, 2007.

_____
Robert J. Benowitz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA'S CHOICE, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Case No. 1:07CV00423 RWR |
| | ) |
| **CECIL HARRIS,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

THIS MATTER having come before the Court on defendant's Motion for Special Admission Pro Hac Vice of Robert J. Benowitz, Esquire, for participation in this matter

IT IS this _____ day of _____, 2007

ORDERED, that the defendant's Motion be and hereby is GRANTED and that Robert J. Benowitz, be and hereby is permitted to represent the defendant in this case Pro Hac Vice.

_____
Judge Richard W. Roberts

COPIES TO:

Andrew J. Terrell, Esq.
Whiteford, Taylor & Preston
1025 Connecticut Ave., N.W.
Suite 400
Washington, DC   20036

S. Bradley Rhorer, Esq.
Rhorer Law Firm
10566 Airline Highway
Baton Rouge, LA   70816

Robert J. Benowitz, Esquire
Rick Steiner Fell & Benowitz, LLP
Three New York Place
New York, New York   10004

Ugo A. Colella, Esquire
KATTEN MUCHIN ROSENMAN, LLP
1025 Thomas Jefferson Street, NW
Suite 700
Washington, DC 20007

*198716*