**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICA'S CHOICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07CV00423 RWR |
| | ) | |
| CECIL HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the United States District Court for the Middle District of Louisiana (the "Louisiana Court") has granted America's Choice, Inc.'s motion to stay *Harris v. America's Choice, Inc.*, Civil Action No. 07-195-A, pending resolution in this Court of the motions filed by Defendant Cecil Harris. A copy of the Louisiana Court's Ruling on Motion to Dismiss is attached as Exhibit 1.

Dated:  Washington, D.C.
        June 1, 2007

KATTEN MUCHIN ROSENMAN LLP


By:___/s/ Ugo Colella_____
        Ugo Colella (D.C. Bar No. 473348)
        1025 Thomas Jefferson Street, N.W.
        East Lobby, Suite 700
        Washington, D.C. 20007
        Phone:  (202) 625-3755
        Fax:    (202) 295-1174


Of Counsel:

Martin E. Karlinsky, Esq.
(D.C. Bar No. 447859)

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800

*Counsel for America's Choice, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

```
          /s/
```
John P. Morgan

# Exhibit 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 MAY 31  P 4: 14

SIGN _____
BY DEPUTY CLERK

CECIL HARRIS

VERSUS                                          CIVIL ACTION

AMERICA'S CHOICE, INC.                          NO. 07-195-A


## RULING ON
## MOTION TO DISMISS

This matter is before the court on a motion to dismiss, or alternatively to

transfer or stay the proceedings filed by the defendant, America's Choice, Inc. (doc.

7).  The plaintiff opposes the motion (doc. 9).  Jurisdiction exists pursuant to 28

U.S.C. §1332.

BACKGROUND

The dispute arises out of a claim for unpaid commissions allegedly owed to

the plaintiff by the defendant.  The plaintiff initially filed suit against the defendant in

the United States District Court for the Southern District of New York, (see doc. 8

exhibit 1), but voluntarily dismissed that action on March 1, 2007 (see doc. 8 exhibit

2).  The plaintiff refiled the lawsuit in Louisiana state court on March 2, 2007 at 3:26

1

p.m.,[1] and the defendant filed a notice of removal on March 21, 2007 (doc. 1).  The time at which the plaintiff filed his state court petition is relevant because it is alleged that earlier that same day the defendant filed a declaratory judgment action in the United District Court for the District of Columbia seeking a declaration that the defendant herein did not owe Harris the commission (see doc. 9 exhibit B).[2]  Both parties allege that America's Choice subsequently amended its complaint to allege a claim for breach of a fiduciary duty against the plaintiff, and that Harris currently has a motion to dismiss, or alternatively to stay, or alternatively to change venue as well as a motion to dismiss for lack of personal jurisdiction pending before the court in the District of Columbia.   Neither party has submitted copies of pleadings to support these assertions.

The defendant argues that the court should dismiss this action under the "first-to-file" rule since there is an action pending in another federal court involving the same parties and the same issues.  In the alternative, the defendant urges the court to stay or transfer these proceedings.  The plaintiff contends the "first-to-file" rule is inapplicable because the defendant herein engaged in forum shopping by filing the declaratory judgment action.

---

[1] Cecil Harris v. America's Choice, Inc., No. 115193-G, 21st Judicial District Court, Parish of Lvingston, State of Louisiana (plaintiff's state court petition attached to doc. 1).

[2] Amercia's Choice, Inc.'s complaint does indicate that the suit was filed on March 2, 2007, but does not indicate what time the complaint was filed.  However, both parties agree that the complaint was filed before Harris filed his state court petition, apparently by only a few hours.

2

days or until resolution of the plaintiff's motions pending before the District Court for the District of Columbia, whichever occurs first.

Baton Rouge, Louisiana, May 31, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

4