IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA'S CHOICE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:07CV00423 RWR ) |
| CECIL HARRIS, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that Exhibit 1 to the Notice of Filing previously filed by America's Choice, Inc. on June 1, 2007, Document 25-2, was missing page number 3. A full and complete version of that Exhibit is attached hereto.

Dated:  Washington, D.C.
        June 1, 2007

                                KATTEN MUCHIN ROSENMAN LLP

                                By:   /s/ Ugo Colella
                                      Ugo Colella (D.C. Bar No. 473348)
                                      1025 Thomas Jefferson Street, N.W.
                                      East Lobby, Suite 700
                                      Washington, D.C. 20007
                                      Phone:  (202) 625-3755
                                      Fax:    (202) 295-1174

                                Of Counsel:

                                Martin E. Karlinsky, Esq.
                                (D.C. Bar No. 447859)
                                KATTEN MUCHIN ROSENMAN LLP
                                575 Madison Avenue
                                New York, New York 10022-2585
                                (212) 940-8800

                                *Counsel for America's Choice, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2007, a copy of the foregoing Notice of Errata was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                   /s/
                                          John P. Morgan

# Exhibit 1

Case 1:07-cv-00423-RWR    Document 26-2    Filed 06/01/2007    Page 1 of 5

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE D. OF LA
2007 MAY 31  P 4: 14

BY DEPUTY CLERK

CECIL HARRIS

VERSUS                                                        CIVIL ACTION

AMERICA'S CHOICE, INC.                              NO. 07-195-A

# RULING ON MOTION TO DISMISS

This matter is before the court on a motion to dismiss, or alternatively to transfer or stay the proceedings filed by the defendant, America's Choice, Inc. (doc. 7). The plaintiff opposes the motion (doc. 9). Jurisdiction exists pursuant to 28 U.S.C. §1332.

## BACKGROUND

The dispute arises out of a claim for unpaid commissions allegedly owed to the plaintiff by the defendant. The plaintiff initially filed suit against the defendant in the United States District Court for the Southern District of New York, (see doc. 8 exhibit 1), but voluntarily dismissed that action on March 1, 2007 (see doc. 8 exhibit 2). The plaintiff refiled the lawsuit in Louisiana state court on March 2, 2007 at 3:26

1

p.m.,[1] and the defendant filed a notice of removal on March 21, 2007 (doc. 1). The time at which the plaintiff filed his state court petition is relevant because it is alleged that earlier that same day the defendant filed a declaratory judgment action in the United District Court for the District of Columbia seeking a declaration that the defendant herein did not owe Harris the commission (see doc. 9 exhibit B).[2] Both parties allege that America's Choice subsequently amended its complaint to allege a claim for breach of a fiduciary duty against the plaintiff, and that Harris currently has a motion to dismiss, or alternatively to stay, or alternatively to change venue as well as a motion to dismiss for lack of personal jurisdiction pending before the court in the District of Columbia. Neither party has submitted copies of pleadings to support these assertions.

The defendant argues that the court should dismiss this action under the "first-to-file" rule since there is an action pending in another federal court involving the same parties and the same issues. In the alternative, the defendant urges the court to stay or transfer these proceedings. The plaintiff contends the "first-to-file" rule is inapplicable because the defendant herein engaged in forum shopping by filing the declaratory judgment action.

---

[1] Cecil Harris v. America's Choice, Inc., No. 115193-G, 21st Judicial District Court, Parish of Lvingston, State of Louisiana (plaintiff's state court petition attached to doc. 1).

[2] Amercia's Choice, Inc.'s complaint does indicate that the suit was filed on March 2, 2007, but does not indicate what time the complaint was filed. However, both parties agree that the complaint was filed before Harris filed his state court petition, apparently by only a few hours.

2

DISCUSSION

Under the "first-to-file" rule "a district court may dismiss an action where the issues presented can be resolved in an earlier-filed action pending in another district court." *West Gulf Maritime Association v. ILA Deep Sea Local 24,* 751 F.2d 721, at 729 (5th Cir. 1985). The Fifth Circuit further clarified this issue by stating:

> In addition to outright dismissal, it sometimes may be appropriate to transfer the action or to stay it. A stay may, for example, be appropriate to permit the court of first filing to rule on a motion to transfer. If that court transfers the first-filed action, the stay could be lifted and the actions consolidated. If the transfer is denied, however, the stay could be lifted and the second-filed action dismissed or transferred. *West Gulf Maritime Association,* 751 F.2d at 729 n. 1 (5th Cir. 1985).

The first-filed action in the District of Columbia appears to contain the same issues as those herein. Additionally, Harris currently has pending before the court in the District of Columbia a motion to dismiss or alternatively stay the proceedings based on abstention and a motion to dismiss for lack of personal jurisdiction. Based on the advice of the Fifth Circuit in *West Gulf Maritime Association*, the court finds that a stay of these proceedings is appropriate pending resolution of the plaintiff's motions in the parallel proceeding.

Accordingly, the motion to dismiss, or alternatively transfer or stay the proceedings filed by the defendant, America's Choice, Inc. (doc. 7) is hereby **GRANTED** to the extent that this matter is hereby **STAYED** for a period of thirty (30)

days or until resolution of the plaintiff's motions pending before the District Court for the District of Columbia, whichever occurs first.

Baton Rouge, Louisiana, May 31, 2007.

*[signature]*
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA