```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **AMERICA'S CHOICE, INC.,**  )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )   Civil Action No. 07-0423 (RWR)<br>                              )<br>**CECIL HARRIS,**              )<br>                              )<br>    Defendant.                )  | |

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that defendant Cecil Harris' motion [18] under Federal Rule of Civil Procedure 12(b)(2) to dismiss for lack of personal jurisdiction be, and hereby is, GRANTED, and this action is DISMISSED.  It is further

ORDERED that Harris' motion [15, 16, 17] to dismiss, transfer, or stay be, and hereby is, DENIED as moot.

This is a final, appealable order.

SIGNED this 23rd day of July, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```